IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

| | | |
|---|---|---|
| 205 BUSINESS CENTER LLC, | ) | |
| | ) | |
| Plaintiff, | ) | TC-MD 150117C |
| | ) | |
| v. | ) | |
| | ) | |
| MULTNOMAH COUNTY ASSESSOR, | ) | |
| | ) | |
| Defendant. | ) | **FINAL DECISION OF DISMISSAL** |

This Final Decision incorporates without change the court's Decision, entered on May 29, 2015. The court did not receive a statement of costs and disbursements within 14 days after its Decision was entered. *See* TCR-MD 16 C(1).

This matter is before the court on its own motion to dismiss for lack of prosecution. Plaintiff's Complaint was filed on March 23, 2015. Plaintiff did not designate an authorized representative at that time, and the court sent Plaintiff a letter on March 25, 2015, requesting that it designate an authorized representative. On April 7, 2015, the court received a letter on Plaintiff's letterhead requesting "a ten (10) day extension to put representation in place." Also on April 7, 2015, the court received a letter from attorney Christopher K. Robinson, stating that he had been contacted by the owner of the property under appeal, and asking that "the deadline to provide notice of representation be postponed for an additional 10 days to provide our office time to review the case." On April 24, 2015, having received no further communication, the court sent Plaintiff a second letter, requesting that Plaintiff either submit an authorization to represent or direct its lawyer to submit a notice of representation.

///

///

On May 8, 2015, the court received a second letter from Christopher K. Robinson, stating:

> "This is to advise that we have not been engaged in this matter. I spoke to Plaintiff this morning and confirmed that he [*sic*] has decided not to pursue the appeal. He asked me to convey his desire to withdraw the appeal as he does not have access to a fax machine. * * *."

On May 11, 2015, the court sent a third letter to Plaintiff, stating that it could not consider the request to withdraw conveyed by Christopher K. Robinson because he did not represent Plaintiff. The court's third letter also stated: "205 Business Center LLC must submit an authorization to represent by May 25, 2015. *If the court does not receive a response by May 25, 2015, this case will be dismissed*." (Emphasis in original.). To date, the court has received no response from Plaintiff. Now, therefore,

IT IS THE DECISION OF THIS COURT that this matter be dismissed.

Dated this ____ day of June 2015.

                                    _____
DAN ROBINSON
MAGISTRATE

*If you want to appeal this Final Decision of Dismissal, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed. TCR-MD 19 B.*

*This document was filed and entered on June 15, 2015.*